## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRYANT WILSON, | ) | |
| | ) | Case No. 3:18-cv-01718-AWT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DALE BRAWN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | December 17, 2021 |
| | ) | |

### **MOTION TO OPEN**

The undersigned counsel hereby moves on behalf of the Plaintiff, Bryant Wilson, to administratively re-open this matter for an additional sixty (60) days pending execution of the parties' final settlement agreement.

The parties have settled this matter in principal (resulting in administrative closure of the case) and have continued to negotiate the final release terms in good faith. However, issues arose during the course of drafting the settlement agreement concerning the Defendants' ability to obtain documents that it is required to produce to the Plaintiff as part of the settlement agreement. The settlement agreement and release's final terms depend in part on the Defendants' ability to procure those documents, as the Defendants have requested certain language in the release concerning those documents. Accordingly, the State has had to tender subpoenas and is still in the process of evaluating its ability to obtain and produce those documents. While the parties anticipated finalizing the settlement by the end of November, additional time is needed to complete the Defendant's due diligence as it relates to those outstanding documents. The Plaintiff requests that the case be re-opened to protect his rights in the event that the parties require additional Court oversight in perfecting their settlement agreement and release.

WHEREFORE, for the foregoing reasons, the undersigned requests that this motion be granted and the case re-opened for administrative purposes for an additional <u>sixty (60) days</u> pending final execution of the parties' settlement agreement.

PLAINTIFF, BRYANT WILSON

*/s/ Kelcie B. Reid*
Kelcie B. Reid (ct30550)
Gordon Rees Scully Mansukhani LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033
Phone: (860) 278-7448
Fax: (860) 560-0185
Email: kreid@grsm.com

## CERTIFICATION

  I hereby certify that on this December 17, 2021, a copy of the foregoing was filed electronically in this case.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings.  Parties may access this filing through the Court's CM/ECF System.

                  /s/ Kelcie B. Reid
                  Kelcie B. Reid